UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIKA HARTLEY-DANIELS,

    Plaintiff,

                                            Case No. 15-10093

v.

                                            Hon. John Corbett O'Meara

T. BONNEE, and
MILLICENT WARREN,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is a report and recommendation filed on June 30, 2016, by Magistrate Judge Patricia T. Morris. No objections have been filed by the parties. Having reviewed the report and recommendation and the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

IT IS FURTHER ORDERED that Defendant Bonnee's motion to dismiss (doc. 18) and Defendant Warren's motion to dismiss (doc. 27) are GRANTED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  August 25, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 25, 2016, using the ECF system and/or ordinary mail.

s/William Barkholz  
Case Manager