UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIKA HARTLEY-DANIELS,

    Plaintiff,                                                   Case No. 15-10093

v.                                                                 Honorable John Corbett O'Meara

T. BONNEE and MILLICENT WARREN,

    Defendants.
                                                     /

## **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

This matter came before the court on plaintiff Tamika Hartley-Daniels' September 12, 2016 motion for reconsideration of the court's August 25, 2016 order adopting the magistrate judge's report and recommendation. No response was filed, and no oral argument was heard.

On June 30, 2016, Magistrate Judge Patricia T. Morris issued a report and recommendation regarding defendants Bonnee's and Warren's motions to dismiss. The magistrate judge recommended that the motions be granted on the basis of qualified immunity.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, objections must be filed no later than 14 days after service of a copy of the recommended disposition. In this case, no objections were file within the statutorily-mandated period; and this court entered an order adopting the report and recommendation on August 25, 2016.

On September 12, 2016, Petitioner filed a motion for reconsideration of the August 25 order, along with her objections to the June 30, 2016 report and

recommendation. Petitioner explains that she did not receive a copy of the report and recommendation until July 12, 2016. Erring on the side of leniency, the court will consider the objections timely filed.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), the court has reviewed Magistrate Judge Patricia T. Morris' June 30, 2016 report and recommendation, as well as petitioner Hartley-Daniels' objections filed September 12, 2016. After conducting a *de novo* review, the court affirms its previous adoption of the report and recommendation and its granting of Defendants' motions to dismiss. Accordingly, it is hereby **ORDERED** that petitioner Hartley-Daniels' motion for reconsideration is **DENIED.**

                                                       s/John Corbett O'Meara
                                                       United States District Judge

Date: June 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 20, 2017, using the ECF system and/or ordinary mail.

                                                        s/William Barkholz
                                                       Case Manager